# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
**FILED**
MAR 24 2021
Nathan Ochsner, Clerk

| | |
|---|---|
| United States of America<br>v.<br>Aaron Ulysses Elias<br><br>*Defendant(s)* | Case No. 7:21mj626-1 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __03/23/2021__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 United States Code § 952 | Defendant did knowingly and intentionally import from the United Mexican States into the United States approximately 51.66 kilograms of liquid methamphetamine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:
SEE ATTACHMENT "A"

☑ Continued on the attached sheet.

*Approved on 3/24/21 by AUSA Kristina Pekkala*

/s/ Hiram Almaguer
*Complainant's signature*

Hiram Almaguer, Special Agent, HSI
*Printed name and title*

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr. P. 4.1, and probable cause found on:

Date: 3/24/2021 @ 8:33AM

City and state: McAllen, TX

*Judge's signature*

Scott Hacker, US Magistrate Judge
*Printed name and title*

Attachment "A"

On March 23, 2021, Homeland Security Investigations (HSI), McAllen, Texas, was notified by United States Customs and Border Protection (CBP) that Aaron Ulysses ELIAS. made entry into the United States via the Hidalgo Tx Port of Entry in Hidalgo, Texas. ELIAS was the driver, and sole occupant of a Mazda CX 7 displaying Texas license plates NJG 1690. ELIAS presented himself for inspection and was referred to secondary for further inspection.

Customs and Border Protection Officer's (CBPO's) scanned the vehicle through the use of a Z-Portal X-Ray and noticed an anomaly in the wheels of the vehicle. CBPO's removed the wheels in order to verify contents.

CBPOs discovered 88 packages of methamphetamine totaling 30.58 kilograms of a substance consistent with the properties of methamphetamine concealed sealed packages. A field test was conducted testing positive for Methamphetamine Hydrochloride.

CBPO's documented at least six previous entries by ELIAS in the Mazda CX7, and six referrals to a secondary inspection. ELIAS stated the vehicle did not belong to him, however, could not provide the name of the registered owner. ELIAS stated the vehicle belonged to his girlfriend who he met via Facebook, however, was unable to identify via his girlfriend on his Facebook phone application.

HSI McAllen Special Agents in conjunction with CBP Enforcement Officers responded to the Hidalgo Texas Port of Entry to interview ELIAS. ELIAS was read his Miranda Warnings which he waived and voluntarily agreed to speak with agents.

During the interview, ELIAS gave Agents gave several inconsistent statements about the vehicle he was driving and the reasons for coming to the United States.